EDWARD H. KUBO, Jr. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2004

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 04-00212 DAE

| UNITED STATES OF AMERICA, | ) | CR. NO. |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | INDICTMENT |
| TIMOTHY FERGUSON, | ) | |
| Defendant. | ) | |

**INDICTMENT**

(18 U.S.C. § 922(e))

The Grand Jury charges that:

On or about May 22, 2004, in the District of Hawaii, defendant TIMOTHY FERGUSON, a person who was not a licensed importer, licensed manufacturer, licensed dealer, or licensed collector as specified in Title 18, United States Code Section 922(e), failed to give written notice to a common carrier while knowingly delivering a firearm and ammunition, to wit, a Beretta .380 cal., model 84F handgun, serial number E26489Y and thirteen rounds of .380 caliber ammunition, to a common carrier for transportation and shipment in interstate commerce to himself.

All in violation of Title 18, United States Code, Section 922(e).

DATED: _____6/2/04_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. TIMOTHY FERGUSON
Cr. No.       (Indictment)