DAVID F. KLEIN  5066
Attorney at Law
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dfklein@gmail.com

Attorney for Defendant TIMOTHY FERGUSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 04-00212-DAE** |
| ) | |
| Plaintiff, ) | **MOTION FOR EARLY TERMINATION** |
| ) | **OF PROBATION; DECLARATION OF** |
| vs. ) | **COUNSEL; CERTIFICATE OF** |
| ) | **SERVICE** |
| TIMOTHY FERGUSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW Defendant TIMOTHY FERGUSON, through counsel David F. Klein, and moves this Honorable Court for an order allowing for the early termination of Defendant TIMOTHY FERGUSON's sentence of probation. By judgment filed April 22, 2005, Mr. Ferguson was placed on probation for a term of three years.

Mr. Ferguson has been supervised by United States Probation Officer Alex Guevara from the United States Probation Office in Woodland Hills, California.  Probation Officer Guevara has indicated that Mr. Ferguson has been

cooperative and is in full compliance. Mr. Guevara indicated that he has no objection to the early termination of probation.

This motion is based upon *Rules 32.1* and *47* of the Federal Rules of Criminal Procedure and the Declaration of Counsel attached hereto and made pursuant to *18 U.S.C. 3564(c)* which allows the Court to terminate a term of probation at any time after the expiration of one year of probation.

It is respectfully requested that after considering the factors set forth in section *18 U.S.C. §3553(a)*, the early termination of probation is warranted by the conduct of the defendant and the interest of justice.

Dated at Honolulu, Hawaii, March 27, 2007.

/s/ David F. Klein
David F. Klein
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Marshall H. Silverberg                         March 27, 2007
marshall.silverberg@usdoj.gov

<u>Served by Hand-Delivery</u>:

Mr. Richard Crawford                           March 27, 2007
Chief United States Probation Officer
United States Probation Office
Room C-110, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

<u>Served by U.S. Mail</u>:

Mr. Alex Guevara                               March 27, 2007
United States Probation Officer
United States Probation Office
21041 Burbank Blvd., Suite 200
Woodland Hills, California 91367


DATED: Honolulu, Hawaii, March 27, 2007.


/s/ David F. Klein