IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 04-00212-DAE** |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| TIMOTHY FERGUSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF COUNSEL**

I, David F. Klein, hereby declare as follows:

1. Declarant is the attorney representing Defendant TIMOTHY FERGUSON in the above-entitled matter.

2. That pursuant to the Judgment in a Criminal Case filed on April 22, 2005, Defendant TIMOTHY FERGUSON was sentenced to probation for a term of three years.

3. Mr. Ferguson has been on probation for more than 22 months and resides in California.

4. Mr. Ferguson is being monitored by the United States Probation Office at 21041 Burbank Blvd., Suite 200, Woodland Hills, California 91367.

5. On February 27, 2007, I spoke to U.S. Probation Officer Alex Guevara.

6. U.S. Probation Officer Guevara supervises Mr. Ferguson. He indicated that Mr. Ferguson was cooperative

and fully compliant with the terms of the probation. Mr. Guevara stated that he has no objection to the early termination of probation. Mr. Guevara can be contacted at 818-346-1614.

7.    For the reasons stated, we respectfully request that this Honorable Court grant the instant motion and terminate Mr. Ferguson's term of probation.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

Dated at Honolulu, Hawaii, March 27, 2007.

/s/ David F. Klein
David F. Klein
Attorney for Defendant

2