IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00212 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's Motion for Early Termination of Probation and the unopposed supporting memorandum, the Court GRANTS Defendant's Motion for Early Termination of Probation.

### BACKGROUND

On April 22, 2005, this Court rendered judgment against Defendant, Timothy Ferguson, on one count of an Indictment for failure to give written notice to a common carrier while delivering a firearm and ammunition in violation of 18 U.S.C. § 922(e). Defendant was placed on probation for three years.

Since then, United States Probation Officer Alex Guevara has supervised Defendant in California. Defendant has been on probation for more

than 22 months. On March 27, 2007, Defendant filed the instant Motion to terminate his probation early, which the Government does not oppose.

## DISCUSSION

Because Defendant has been cooperative and in full compliance with the terms of probation, neither Officer Guevara nor the Government objects to Defendant's early termination of probation. After considering the factors set forth under 18 U.S.C. § 3553(a), the unopposed Motion, the reasons provided for early termination, and the length of time that Defendant has been on probation, this Court GRANTS Defendant's Motion pursuant to the Federal Rules of Criminal Procedure 32.1 and 47 and 18 U.S.C. § 3564(c).

## CONCLUSION

For the reasons stated above, the Court GRANTS Defendant's Motion for Early Termination of Probation.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 5, 2007.



_____
David Alan Ezra
United States District Judge

United States of America vs. Timothy Ferguson, Cr. 04-00212 DAE; ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION